# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: **4:21-cv-00511-P**

2. Style of case: *Paul Greene vs. Amazon.com Services, LLC*

3. Nature of suit: Employment

4. Method of ADR used:   **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial

5. Date ADR session was held: April 21, 2022

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR.

   **X** Settled as a result of ADR.   ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $1850 per party

8. Duration of ADR: One day   *(i.e., one day, two hours)*

9. Please list persons in attendance (*including party association, i.e., defendant, plaintiff*):

   **Paul Greene, Plaintiff**

   **Bruce Larson, In-House Counsel for Amazon, Defendant**

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _/s/ M Beth Krugler_                              4/22/2022
    M. Beth Krugler, Attorney-Mediator              Date

    604 E. Fourth St., Suite 201 Fort Worth, TX 76102    (817) 377 8081
    Address                                          Telephone

**Alternative Dispute Resolution Summary**
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

| | |
|---|---|
| Name: | Brandi J McKay |
| Firm: | Brown Fox PLLC |
| Address: | 6303 Cowboys Way, Suite 450 |
| | Frisco, TX 75034 |
| Phone: | 972-707-1860 |

| | |
|---|---|
| Name: | Lauren Anne West |
| Firm: | Morgan, Lewis & Bockius |
| Address: | 1717 Main St., Suite 3200 |
| | Dallas, TX 75201 |
| Phone: | 214-466-4187 |