IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PAUL GREENE,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br>　　　　　　　　Defendant. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 4:21-cv-00511-P<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT MEDIATION REPORT

Pursuant to the Court's Scheduling Order, Defendant Amazon.com Services, LLC ("Defendant") and Plaintiff Paul Greene hereby file their Joint Mediation Report as follows:

As ordered by the Court in its Scheduling Order, the Plaintiff and Defendant (collectively, "Parties") mediated this case with a mutually agreed mediator, Beth Krugler, on April 21, 2022. The Parties were able to resolve this matter at mediation and are currently in the process of preparing the final Settlement Agreement. Following the execution of the Settlement Agreement, the parties will submit a Joint Stipulation of Dismissal with Prejudice of this matter.

Dated: April 28, 2022                    **Respectfully submitted,**

| | |
|---|---|
| **Brown Fox, PLLC** | **Morgan, Lewis & Bockius LLP** |
| */s/Brandi J. McKay* | */s/ Lauren A. West* |
| Brandi J. McKay | Lauren A. West, attorney-in-charge |
| Texas Bar No. 24075380 | Texas Bar No. 24070831 |
| brandi@brownfoxlaw.com | Lauren.West@morganlewis.com |
| | |
| 6303 Cowboys Way, Suite 450 | 1717 Main Street, Suite 3200 |
| Frisco, Texas 75034 | Dallas, Texas 75201 |
| Telephone: (972) 707-1860 | Telephone: (214) 466-4000 |
| Fax: (214) 327-5001 | Fax: (214) 466-4001 |
| | |
| **Attorney for Plaintiff** | **Attorney for Defendant** |