UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PAUL GREENE,**

   Plaintiff,

v.     No. 4:21-cv-0511-P

**AMAZON.COM SERVICES LLC,**

   Defendant.

# ORDER

On April 28, 2022, the Parties notified the Court that they were "able to resolve this matter at mediation." ECF No. 22. In response, the Court issued an Order staying all deadlines in this case and ordering the Parties to file a joint stipulation of dismissal on or before May 23, 2022. ECF No. 23. Upon the Parties' request, the Court extended the deadline to file the joint stipulation of dismissal to May 31, 2022, at 12:00 p.m. ECF No. 25. As of the date of this Order, however, the Parties have failed to comply with the Court's Orders.

The Parties failed to comply with the Court's Orders and notified the Court that this case has settled; the Court therefore **ORDERS** this case is **DISMISSED with prejudice** per Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED** on this **31st day** of **May, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE