UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PAUL GREENE,**

   Plaintiff,

v.     No. 4:21-cv-0511-P

**AMAZON.COM SERVICES, LLC,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on May 31, 2022:

It is **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED with prejudice.**

The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **31st day** of **May, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE